UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEBORAH JOHANNES, as TRUSTEE OF THE CONNIE VON DUDEEN LIVING TRUST dated 1/16/2002,<br><br>Plaintiff/Counterdefendant,<br><br>v.<br><br>BARRY KARANT, SHONI G. HETLAND and ADVANCED PROPERTIES PLUS,<br><br>Defendant/Counterclaimants. | 2:05-CV-1088-PMP-RJJ<br><br><u>O R D E R</u> |

     Before the Court for consideration are the motions of Defendants' Shoni G. Hetland and Advanced Properties Plus for Attorneys Fees (Doc. #57), (Doc. #76) and Defendant Barry Karant's Motion for Attorneys Fees and Costs (Doc. #59). On March 2, 2007, Plaintiff filed a Joint Opposition to the foregoing Motions for Attorneys Fees (Doc. #77). On March 9, 2007, Defendant Barry Karant filed a Reply Memorandum (Doc. #78).

     Having read and considered the foregoing, the Court finds that Defendants are the prevailing parties and that their request for attorneys fees are reasonable.

/ / /

/ / /

1      IT IS ORDERED that the Motion for Defendants' Shoni G. Hetland and Advanced Properties Plus for Attorneys Fees (Doc. #57) and (Doc. #76) is hereby Granted and that an award of $30,939.03 and costs of $447.53, are hereby awarded to Defendants' Shoni G. Hetland and Advanced Properties Plus from Plaintiff, said sums to be paid within 60 days from the date of this Order.

      IT IS FURTHER ORDERED that Defendant Barry Karant's Motion for Attorneys Fees and Costs (Doc. #59) is Granted, and that Plaintiff shall pay to Defendant Barry Karant within 60 days from the date of this Order the sum of $16,117.00, for Attorneys Fees and Costs.

DATED:  April 27, 2007.

_____
PHILIP M. PRO
United States District Judge